# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VAL-COM ACQUISITIONS TRUST, DARRYL OLVERSON, AND BARBARA OLVERSON | § § § § | |
| v. | § § | Case No. 4:10-CV-316<br>Judge Schneider/Judge Mazzant |
| BAC HOME LOANS SERVICING, LP AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 27, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. #22) should be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiffs, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. #22) is **GRANTED.**

**It is SO ORDERED.**

**SIGNED this 3rd day of December, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE